FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

<table>
<tr><td>CHIEF JUSTICE<br>  TERRIE LIVINGSTON<br><br>JUSTICES<br>  LEE ANN DAUPHINOT<br>  ANNE GARDNER<br>  SUE WALKER<br>  BILL MEIER<br>  LEE GABRIEL<br>  BONNIE SUDDERTH</td><td>TIM CURRY CRIMINAL JUSTICE CENTER<br>401 W. BELKNAP, SUITE 9000<br>FORT WORTH, TEXAS 76196-0211<br><br>TEL: (817) 884-1900<br><br>FAX: (817) 884-1932<br><br>www.txcourts.gov/2ndcoa</td><td>CLERK<br>  DEBRA SPISAK<br><br>CHIEF STAFF ATTORNEY<br>  LISA M. WEST<br><br>GENERAL COUNSEL<br>  CLARISSA HODGES</td></tr>
</table>

March 16, 2015

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76102-1913
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:   02-14-00317-CR
                                       02-14-00318-CR
      Trial Court Case Number:   1297228D
                                       1302630D

Style:    Clevon Montego Emerson, III
            v.
            The State of Texas

Dear Ms. Windsor:

Appellant's attorney, Anthony Green, has filed a motion to withdraw as counsel and a brief in support of that motion in the above styled cause. On October 27, 2014, this court sent a letter to appellant requesting that appellant notify us within 14 days in the event that he wished to file a pro se response to the *Anders* brief. Appellant notified this court that he wished to file a pro se response to the *Anders* brief and filed one on March 11, 2015. This letter is to inform you of the deadline for filing your response.

Your response, should you desire to file one, is due on **Friday, April 10, 2015**. If you do not file your response on or before **Friday, April 10, 2015**, this court will assume that you do not intend to file a response and it will consider the appeal based on appellant's brief and the record.

FILE COPY

02-14-00317-CR
March 16, 2015
Page 2

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk

cc:

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196

Clevon Montego Emerson III
#0747387
Tarrant County Jail
100 N. Lamar
Fort Worth, TX 76102

Anthony Green
209 S. Jennings Ave.
Fort Worth, TX 76104
* DELIVERED VIA E-MAIL *